IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL L. PACK | * | |
|     Plaintiff | | |
| v. | * | CIVIL ACTION NO. WMN-06-2761 |
| UNITED STATES OF AMERICA | * | |
| UNITED STATES ATTORNEY GENERAL OFFICE | * | |
|     Defendant. | | |
| | *** | |

## **MEMORANDUM**

Since 1995, Michael Pack, a resident of Baltimore, Maryland, has filed approximately 70 civil cases in this Court. On October 19, 2006, he filed the instant action offering various rambling and nonsensical statements and opinions regarding the alleged United States policy of favoritism and special treatment towards Mexicans, the racial composition of the White House and Congress, the use of "In God We Trust" on United States currency, election term limits, the Maryland Gubernatorial election, slot machines, and police arrests. Paper No. 1. Pack seeks $50,000,000.00 in damages, alleging violations of the First and Fifteenth Amendments and civil rights infringements "against blacks and other races giving Mexican people racial bias." *Id*. Because Pack appears indigent, he shall be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

As Pack has been granted leave to proceed without the prepayment of filing fees this Court may screen his claims before service of process and dismiss the Complaint *sua sponte* if it has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 325 & 327 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 954 (4th Cir. 1995). Put another way, this district court may dismiss

Pack's Complaint prior to service "if satisfied that the action is frivolous or malicious." *See* 28 U.S.C. §S 1915(e).  As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Pack's Complaint presents extraordinary and fanciful statements regarding racial and ethnic bias and favoritism effected by local, state and federal governments regarding the English language, slot machines, political candidates, and law enforcement.  This Complaint has no basis in fact or law and shall be dismissed as frivolous in its entirety without service of process upon Defendants. A separate Order shall be entered reflecting the opinion set out above.

/s/

Date: October 30, 2006          _____
                                William M. Nickerson
                                United States District Judge